

# United States District Court
## Northern District of Illinois
### Eastern Division

Rocco J. Messina                     **JUDGMENT IN A CIVIL CASE**

      v.                              Case Number: 09 C 3374

John Catanzara

■    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Jury finds in favor of Defendant and against Plaintiff.

Michael W. Dobbins, Clerk of Court

Date: 4/27/2011

                              /s/ Ena T. Ventura, Deputy Clerk